**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

NICOLE DIODATI,

        **Plaintiff,**             :

    **v.**                         :        **Civ. No. 19-5123**

                           :

**SHK MANAGEMENT, INC.,**     :

        **Defendant.**        :

---

## O R D E R

**AND NOW,** this 10th day of February, 2020, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

**ORDERED** that the above action is **DISMISSED** with prejudice, pursuant to agreement of counsel without costs.

                             **KATE BARKMAN**, Clerk of Court

                                  *s/Richard C. Thieme*

**BY:**                        _____

                                  Richard C. Thieme
                                  Deputy Clerk

Civ 2 (8/2000)

41(b).frm